UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RITO FUENTES, | Case No.: 1:09−CV−02062−AWI−GSA |
|---|---|
| Plaintiff, | |
| vs. | ORDER GRANTING SUBSTITUTION OF ATTORNEY |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; and, UNISOURCE WORLDWIDE, INC. LONG TERM DISABILITY PLAN, | |
| Defendants. | |

Notice is hereby given that, subject to approval by the court, RITO FUENTES substitutes Frank N. Darras, DARRAS LAW, State Bar No. 128904 as counsel of record in place of Frank N. Darras, Shernoff Bidart Darras Echeverria LLP.

Contact information for new counsel is as follows:

    Firm Name: Darras Law

    Address: 3257 East Guasti Road, Suite 300, Ontario, CA 91761

    Telephone: (909) 390-3770    Facsimile (909) 974-2121

    E-Mail (Optional): fdarras@darraslaw.com

I consent to the above substitution.

Date: January 23, 2010        /s/ RITO FUENTES

(Signature of Party (s))


I consent to being substituted.

Date: February 1, 2010        */s/ Frank N. Darras*

FRANK N. DARRAS

(Signature of Former Attorney (s))


I consent to the above substitution.

Date: February 1, 2010        */s/ Frank N. Darras*

(Signature of New Attorney)

FRANK N. DARRAS


The substitution of attorney is hereby approved and so ORDERED.


Date: February 3, 2010        /s/ Gary S. Austin

United States Magistrate Judge