UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITO FUENTES,<br><br>        Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; and, UNISOURCE WORLDWIDE, INC. LONG TERM DISABILITY PLAN,<br><br>        Defendants. | CASE NO. 1:09-CV-02062-AWI-GSA<br><br>**STIPULATION AND ORDER DISMISSING DEFENDANT UNISOURCE WORLDWIDE, INC. LONG TERM DISABILITY PLAN WITHOUT PREJUDICE** |

      It is hereby stipulated by and between plaintiff RITO FUENTES and defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, through their respective attorneys of record, by and through their respective counsel, that UNISOURCE WORLDWIDE, INC. LONG TERM DISABILITY PLAN ("THE PLAN") is hereby dismissed from this action without prejudice.

      Although LIBERTY LIFE denies that it or THE PLAN are liable for any of the claims, or under any of the theories, alleged by RITO FUENTES in this action, LIBERTY LIFE agrees that it will pay and be liable for any judgment concerning the payment or nonpayment of long term disability benefits, interest, attorney's fees and/or disability benefits entered in this action as if it were THE PLAN. LIBERTY LIFE further agrees that at no time during the course of this litigation will it contend that the action has been rendered defective as a result of THE PLAN

having been dismissed from the action..

Dated: February 18, 2010  DARRAS LAW

By:/s/ *Lissa M. Martinez*
   FRANK N. DARRAS
   LISSA M. MARTINEZ
   Attorneys for Plaintiff
   RITO FUENTES

Dated: February 18, 2010

ROPERS, MAJESKI, KOHN & BENTLEY

By:*/s/ Pamela E. Cogan*
   PAMELA E. COGAN
   Attorneys for Defendant
   LIBERTY LIFE ASSURANCE COMPANY
   OF BOSTON

## **ORDER**

IT IS SO ORDERED.

Dated:  February 19, 2010          /s/ Anthony W. Ishii
                        CHIEF UNITED STATES DISTRICT JUDGE