PAMELA E. COGAN (SBN 105089)
HANA HARDY (SBN 292871)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITO FUENTES,<br><br>           Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; and, UNISOURCE WORLDWIDE, INC. LONG TERM DISABILITY PLAN,<br><br>           Defendants. | CASE NO. 1:09-CV-02062-AWI-GSA<br><br>**ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |

**IT IS HEREBY ORDERED** that, pursuant to the parties' Stipulation Re Dismissal of Action With Prejudice, this action shall be, and hereby is, dismissed with prejudice as to all defendants. See Fed. R. Civ. Pro. 41(a). Each party shall bear its own fees and costs.

IT IS SO ORDERED.

Dated:     December 21, 2010

CHIEF UNITED STATES DISTRICT JUDGE